O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUSTAVO PENA-VELASCO, | ) | CASE NO. SA CV 12-00333 JVS (RZ) |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| vs. | ) | CONCLUSIONS AND |
| | ) | RECOMMENDATIONS OF UNITED |
| SHERIFF SANDRA HUTCHENS, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: August 18, 2012

*/s/ James V. Selna/*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE