**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUSTAVO PENA-VELASCO, | ) | CASE NO. SA CV 12-00333 JVS (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| SHERIFF SANDRA HUTCHENS, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of GUSTAVO PENA-VELASCO for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 18, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE